STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Digital Verification Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,** | § § § | |
| **Plaintiff,** | § § § | **Case No:** '21 CV 1420 BAS DEB |
| **vs.** | § § | **PATENT CASE** |
| **CLIENTPOINT, INC.,** | § § § | |
| **Defendant.** | § § § § | |
| | § | |

## COMPLAINT

Plaintiff Digital Verification Systems, LLC ("Plaintiff" or "DVS") files this Complaint against ClientPoint, Inc. ("Defendant" or "ClientPoint") for infringement of United States Patent No. 9,054,860 (hereinafter "the '860 Patent").

## PARTIES AND JURISDICTION

1.     This is an action for patent infringement under Title 35 of the United States Code.  Plaintiff is seeking injunctive relief as well as damages.

2.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3.     Plaintiff is a Texas limited liability company with an address of 1 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33301.

4.      On information and belief, Defendant is a Delaware corporation with its principal office located at 6790 Embarcadero Lane, Suite 100, Carlsbad, CA 92011. On information and belief, Defendant may be served through its registered agent, Laurence Abrams, 837 4th Street, Encinitas CA 92024.

5.      On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6.      On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7.      On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is a resident of this District.  Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
### (INFRINGEMENT OF UNITED STATES PATENT NO. 9,054,860)

8.      Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9.      This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10.     Plaintiff is the owner by assignment of the '860 Patent with sole rights to enforce the '860 Patent and sue infringers.

11.     A copy of the '860 Patent, titled "Digital Verified Identification System and Method," is attached hereto as Exhibit A.

12.     The '860 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

COMPLAINT AGAINST CLIENTPOINT, INC.

13.     Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 1, of the '860 Patent by making, using (at least by having its employees, or someone under Defendant's control, test the accused Product), importing, selling, and/or offering for sale associated hardware and/or software for digital signature services (e.g., ClientPoint eSign service), and any similar products and/or services ("Product") covered by at least Claim 1 of the '860 Patent. Defendant has infringed and continues to infringe the '860 patent either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

14.     The Product provides a system for e-signatures.  The Product provides for digitally verifying the identification of a sender.  Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

In a digital selling environment, it's now more important than ever to offer an easy signing experience for your clients. ClientPoint E-Sign seamlessly allows your clients to sign contracts and get a signed copy to their email within minutes of signing.

ClientPoint is best known for taking the proposal process from chaos to clarity through a dynamic digital selling experience, but did you know that ClientPoint also has many other powerful use cases?

From video conferencing to e-signature, ClientPoint will enable you and your team to win consistently, in a world where selling in a digital environment is an absolute must.

Source: https://www.clientpoint.net/blog/selling-through-covid-19-and-beyond-creating-connection-on-video-0-0-0-0-0

**CLIENTPOINT E-SIGN BENEFITS**

- Receive real time notifications of completed signed documents.
- Create an easy and pleasant signing experience for your recipients.
- Keep your ClientPoint activate for all recipients, even after contracts are signed.
- Get signed copies emailed to signees, and you!
- and so much more!

Source: https://www.clientpoint.net/blog/selling-through-covid-19-and-beyond-creating-connection-on-video-0-0-0-0-0

COMPLAINT AGAINST CLIENTPOINT, INC.

15. The Product includes at least one digital identification module structured to be associated with at least one entity.  For example, the Product provides a module (e.g., e-signature creation module) to be associated with at least one entity (i.e., a user who needs to use a digital signature).  Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://clientpoint.zendesk.com/hc/en-us/articles/360046230393-eSignature-Feature

COMPLAINT AGAINST CLIENTPOINT, INC.



Source: https://clientpoint.zendesk.com/hc/en-us/articles/360046230393-eSignature-Feature



Source: https://www.clientpoint.net/blog/selling-through-covid-19-and-beyond-creating-connection-on-video-0-0-0-0

COMPLAINT AGAINST CLIENTPOINT, INC.

16.     The Product includes a module generating assembly structured to receive at least one verification data element corresponding to the at least one (e.g., a user has a unique login ID and password for accessing and verifying the account for e-signing documents) and create said at least one digital identification module (e.g., creating an e-signature of a user).   Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.



Source: https://clientpoint.zendesk.com/hc/en-us/articles/360046230393-eSignature-Feature

COMPLAINT AGAINST CLIENTPOINT, INC.



Source: https://www.clientpoint.net/blog/selling-through-covid-19-and-beyond-creating-connection-on-video-0-0-0-0-0

17.     The at least one digital identification module is disposable within at least one electronic file.  For example, the user can store the e-signature within a document or including PDF, WORD DOC, IMAGES, etc. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Source: https://www.clientpoint.net/sales-optimization

Source: https://clientpoint.zendesk.com/hc/en-us/articles/360046230393-eSignature-Feature

Source: https://www.clientpoint.net/sales-optimization

18.    The at least one digital identification module includes at least one primary component structured (e.g., an e-signature of a user is associated with information including username, etc.) to at least partially associate the digital identification module with the at least one entity (e.g., an e-signature is associated with a user, who has to sign digitally).  Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Source: https://clientpoint.zendesk.com/hc/en-us/articles/360046230393-eSignature-Feature



Source: https://www.clientpoint.net/blog/selling-through-covid-19-and-beyond-creating-connection-on-video-0-0-0-0-0



ource: https://www.clientpoint.net/sales-optimization

COMPLAINT AGAINST CLIENTPOINT, INC.

1    19.    The at least one digital identification module is cooperatively structured

2  to be embedded within only a single electronic file (e.g., an e-signature is stored

3  within a document- including PDF, WORD DOC, IMAGES, etc.). Certain aspects of

4  this element are illustrated in the screenshot(s) below and/or in those provided in

5  connection with other allegations herein.



Source: https://www.clientpoint.net/solutions#hs_cos_wrapper_widget_1580159103879

4. Continue building your ClientPoint as usual and email it to your client.

5. When your recipient views the ClientPoint, they will see an Approve button in the upper left corner.

6. Once they click the Approve button, they will be taken to a page where they can sign/approve the agreement.

Source: https://clientpoint.zendesk.com/hc/en-us/articles/360046230393-eSignature-Feature

COMPLAINT AGAINST CLIENTPOINT, INC.



Source: https://clientpoint.zendesk.com/hc/en-us/articles/360046230393-eSignature-Feature

Source: https://www.clientpoint.net/blog/selling-through-covid-19-and-beyond-creating-connection-on-video-0-0-0-0-0



Source: https://www.clientpoint.net/sales-optimization



Source: https://clientpoint.zendesk.com/hc/en-us/articles/1500002151762-How-to-Countersign-a-Signed-ClientPoint

20.    Defendant's actions complained of herein will continue unless

1    Defendant is enjoined by this court.

2        21.    Defendant's actions complained of herein are causing irreparable harm

3    and monetary damage to Plaintiff and will continue to do so unless and until

4    Defendant is enjoined and restrained by this Court.

5        22.    Plaintiff is in compliance with 35 U.S.C. § 287.

6                              **PRAYER FOR RELIEF**

7        WHEREFORE, Plaintiff asks the Court to:

8        (a)    Enter judgment for Plaintiff on this Complaint on all causes of action

9    asserted herein;

10       (b)    Enter an Order enjoining Defendant, its agents, officers, servants,

11   employees, attorneys, and all persons in active concert or participation with Defendant

12   who receive notice of the order from further infringement of United States Patent No.

13   9,054,860 (or, in the alternative, awarding Plaintiff a running royalty from the time of

14   judgment going forward);

15       (c)    Award Plaintiff damages resulting from Defendant's infringement in

16   accordance with 35 U.S.C. § 284;

17       (d)    Award Plaintiff pre-judgment and post-judgment interest and costs; and

18       (e)    Award Plaintiff such further relief to which the Court finds Plaintiff

19   entitled under law or equity.

20   Dated: August 7, 2021                Respectfully submitted,

21

22                                        */s/ Stephen M. Lobbin*
                                          Stephen M. Lobbin
23                                        sml@smlavvocati.com
                                          SML AVVOCATI P.C.
24                                        888 Prospect Street, Suite 200
                                          San Diego, California 92037
25                                        (949) 636-1391 (Phone)

26

27                                        ***Attorney(s) for Digital Verification Systems,
                                          LLC***

28

COMPLAINT AGAINST CLIENTPOINT, INC.