STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Digital Verification Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,**<br><br>   Plaintiff,<br><br>vs.<br><br>**CLIENTPOINT, INC.,**<br><br>   Defendant. | Case No: 3:21-cv-01420-BAS-DEB<br><br>PATENT CASE<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff Digital Verification Systems, LLC, and Defendant ClientPoint, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

| | | |
|---|---|---|
| 1 | Dated: November 30, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/Stephen M. Lobbin |
| | | Stephen M. Lobbin |
| 4 | | sml@smlavvocati.com |
| | | SML AVVOCATI P.C. |
| 5 | | 888 Prospect Street, Suite 200 |
| 6 | | San Diego, California 92037 |
| | | (949) 636-1391 (Phone) |
| 7 | | |
| 8 | | ***Attorney(s) for Plaintiff*** |
| 9 | | |
| | | /s/Rodeen Talebi |
| 10 | | Rodeen Talebi (CA SBN 320392) |
| | | FISH & RICHARDSON P.C. |
| 11 | | 633 West Fifth Street, 26th Floor |
| 12 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 533-4240 |
| 13 | | Facsimile: (858) 678-5099 |
| 14 | | Email: talebi@fr.com |
| 15 | | |
| | | Neil J. McNabnay (*pro hac vice* forthcoming) |
| 16 | | Ricardo J. Bonilla (*pro hac vice* forthcoming) |
| | | Collin Marshall (*pro hac vice* forthcoming*)* |
| 17 | | FISH & RICHARDSON P.C. |
| 18 | | 1717 Main Street, Suite 5000 |
| | | Dallas, TX 75201 |
| 19 | | Telephone: (214) 747-5070 |
| 20 | | Facsimile: (214) 747-2091 |
| | | mcnabnay@fr.com |
| 21 | | rbonilla@fr.com |
| 22 | | marshall@fr.com |
| 23 | | ***Attorney(s) for Defendant*** |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |