UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>CLIENTPOINT, INC.,<br><br>                    Defendant. | Case No. 21-cv-1420-BAS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 8)** |

The parties have jointly moved pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss Plaintiff's claims in this action with prejudice (*see* Compl., ECF No. 1) and Defendant's counterclaims without prejudice (*see* Answer., ECF No. 6). (Joint Mot., ECF No. 8.)  In support of their Joint Motion, the parties filed a stipulation of dismissal, signed by all parties who have appeared. (*See* Joint Mot. 1–2.)

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *or* (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Rule 41(c) further provides these provisions apply with equal force to a counterclaim brought by a defendant. Fed. R. Civ. P. 41(c); *Animal Blood*

*Bank, Inc. v. Hale*, No. 2:10-CV-02080-KJM-KJN, 2012 WL 210960, at *2 n.3 (E.D. Cal. June 13, 2012) (interpreting Rule 41(c) "to make Rule 41 applicable to, among other things, counterclaims"). Dismissal is effective upon the filing of a compliant notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P. 41(a)(1)(B). However, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal by filing a signed stipulation pursuant to Rule 41(a)(1)(ii), such a stipulation must be filed as a joint motion.[1]

Having considered the parties' request, the Court **GRANTS** the Joint Motion. (ECF No. 8.) Thus, the Court **DISMISSES WITH PREJUDICE** the action against Defendant and **DISMISSES WITHOUT PREJUDICE** Defendant's counterclaims against Plaintiff. Each party shall bear its own costs and fees. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

**DATED: January 4, 2022**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.